UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | **ORDER** |
| v. : | |
| : | |
| GLENDA MILLER, : | Crim. No. 09-302 (SRC) |
| a/k/a "Glenda Babalola" | |

This matter having been opened to the Court upon the application of Defendant Glenda Miller, a/k/a/ "Glenda Babalola" ("Defendant"), (Lorraine S. Gauli-Rufo, Esq., appearing) to modify the Order setting conditions of her release, dated June 1, 2007, to substitute Christina Lewis for Mustafa Salaam as third Party Custodian for the Defendant; and the United States of America, by Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (André M. Espinosa, Assistant U.S. Attorney, appearing) having consented on the record on April 21, 2009; and for good cause shown,

IT IS on this 23rd day of April, 2009

ORDERED that, the Defendant's bail is continued as set forth in the Court's Order dated June 1, 2007, except that Christina Lewis shall serve as third Party Custodian in the place of Mustafa Salaam.

_____
HONORABLE STANLEY R. CHESLER
United States District Judge