# FEDERAL PUBLIC DEFENDER
## DISTRICT OF NEW JERSEY

**RICHARD COUGHLIN**
FEDERAL PUBLIC DEFENDER

972 BROAD STREET
NEWARK, NEW JERSEY 07102

(973) 645-6347 Telephone
(973) 645-3101 Facsimile
(973) 297-4807 Facsimile

**CHESTER M. KELLER**
FIRST ASSISTANT

January 5, 2010

The Honorable Stanley R. Chesler
United States District Court Judge
U.S. Post Office & Courthouse
Newark, New Jersey 07101

Re:   United States v. Glenda Miller
      Crim. No. 09-302

Dear Judge Chesler:

   Neither Ms. Miller nor this office received any notification of a surrender date to the Federal Bureau of Prisons. However, Pretrial Services, in a routine office visit with Ms. Miller on New Years Eve, while looking on the BOP website, determined that Ms. Miller was designated to FCI Danbury, with a surrender date of January 6, 2010. I am respectfully requesting a two-week stay of Ms. Miller's surrender date, in order that she can make arrangements for her fourteen year-old son to be taken to Maryland to reside with Ms. Miller's sister during her period of incarceration.

   I have enclosed a proposed consent order reflecting this request, that has been agreed to by the parties. If the Order meets with Your Honor's approval, kindly have it executed and returned to the parties as well as Pretrial Services, in order that we can forward a signed copy to Danbury.

Respectfully submitted,

Lorraine Gauli-Rufo
Assistant Federal Public Defender

Enclosure

cc: Andre Espinso, Esq., AUSA (w/enclosure)
Daniel Milne, Pretrial Service Officer (w/enclosure)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA       :
                               :
        v.                     :    CRIMINAL NO. 09-302(SRC)
                               :
                               :    CONSENT ORDER
GLENDA MILLER                  :

This matter having been opened to the Court upon application of defendant, Glenda Miller, by her attorney, Lorraine Gauli-Rufo, Esq., Assistant Federal Public Defender, for a two-week stay in defendant's surrender date and Assistant United States Attorney, Andre Espinosa, and Pretrial Services Officer Daniel Milne, having consented thereto,

IT IS on this 6 day of January, 2010

ORDERED that the surrender date previously scheduled for January 6, 2010 is extended to January 20, 2010, and Glenda Miller shall surrender to the FCI Danbury or to the United States Marshals on January 20, 2010 before 12:00 p.m.

_____
Honorable Stanley R. Chesler
United States District Judge

I hereby consent to the form of this Order

_____
Andre Espinosa, Esq., AUSA           Dated: 1/5/10

_____
Daniel Milne, Pretrial Services Officer   Dated: 1/5/10

_____
Lorraine Gauli-Rufo, AFPD            Dated: 1/5/10